## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) L. DUANE WILSON, and
(2) HELEN L. WILSON, husband and wife,

        Plaintiffs,

v.

(1) STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant.

Case No. 21-cv-00062-CVE-SH

**MOTION TO WITHDRAW**

James Wesley S. Pebsworth hereby requests permission to withdraw as counsel of record for Defendant, State Farm Fire and Casualty Company. In support of this motion, Mr. Pebsworth states as follows:

1. Mr. Pebsworth has left the firm of GableGotwals to take an in-house position, and therefore wishes to withdraw from this case.

2. Mr. Pebsworth has advised the client, and the client have consented to his withdrawal from the case.

3. Robert J. Carlson and Lacy Pulliam, attorneys at GableGotwals, will continue to serve as counsel for the Defendants.

4. The withdrawal of Mr. Pebsworth will not result in any delay in this case.

**WHEREFORE**, the undersigned respectfully requests that the Court enter an Order allowing James Wesley S. Pebsworth to withdraw as attorney of record for Defendant in this case.

{2517282;}

Respectfully submitted,

s/James Wesley S. Pebsworth
Robert J. Carlson, OBA No. 19312
James Wesley S. Pebsworth, OBA No. 30900
Lacy Pulliam, OBA No. 34004
**GABLEGOTWALS**
110 North Elgin Avenue, Suite 200
Tulsa, OK 74120
(918) 595-4800
(918) 595-4990 (fax)
*rcarlson@gablelaw.com*
*wpebsworth@gablelaw.com*
*lpulliam@gablelaw.com*

***Attorneys for Defendants,
State Farm Fire and Casualty Company***

## CERTIFICATE OF SERVICE

I do hereby certify that on the 16th day of May, 2022, a true, correct and exact copy of the above and foregoing document was served via the Court's CM/ECF system, which the undersigned understands will provide notice to the parties of record which is believed to include those parties listed below:

J. Drew Houghton
Micah Cartwright
**Attorney for Plaintiff**

s/*James Wesley S. Pebsworth*
James Wesley S. Pebsworth