**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| L. DUANE WILSON and HELEN L. WILSON, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 4:21-cv-00062-CVE-SH<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTFFS' NOTICE OF ACCEPTANCE**
**OF DEFENDANT'S OFFER TO ALLOW JUDGMENT**

  COME NOW the Plaintiffs, L. DUANE WILSON and HELEN L. WILSON, husband and wife, and pursuant to Rule 68 of the Federal Rules of Civil Procedure and Title 12, Oklahoma Statutes Section 1101.1(B), hereby notifies the Court that on September 28, 2022, the Defendant submitted an Offer to Allow Judgment which was accepted by Plaintiffs on October 4, 2022. Further, on October 4, 2022, Plaintiffs provided written notice of acceptance of Defendant's Offer to Allow Judgment. *See* Written Acceptance attached as Exhibit 1.

                Respectfully submitted,

                */s/ J. Drew Houghton*
                J. Drew Houghton, OBA #18080
                Micah B. Cartwright, OBA #32745
                **MERLIN LAW GROUP, P.A.**
                One Leadership Square
                211 N. Robinson Ave., Suite 210
                Oklahoma City, OK 73102
                Telephone: (405) 218-1105
                Facsimile: (405) 218-1106
                Email: dhoughton@merlinlawgroup.com
                Email: mcartwright@merlinlawgroup.com
                *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert J. Carlson
Jennifer Annis
Lacy Pulliam
GABLEGOTWALS
rcarlson@gablelaw.com
jannis@gablelaw.com
lpulliam@gablelaw.com
*Attorneys for Defendant*

>                               */s/ J. Drew Houghton*
>                               J. Drew Houghton