## J. Drew Houghton

| | |
|---|---|
| **From:** | J. Drew Houghton |
| **Sent:** | Tuesday, October 4, 2022 8:31 AM |
| **To:** | Jennifer Annis; Ellen Ward |
| **Cc:** | Micah B. Cartwright; Lacy Pulliam; Robert J. Carlson; William Farrell |
| **Subject:** | RE: Wilson v. State Farm Fire and Casualty Company |

Jennifer:

I have spoken with my clients and pursuant to FRCP 68 and 12 O.S. § 1101.1(B) this writing will confirm written acceptance of the Offer to Allow Judgment received on September 28th.

If you could, please call me today to discuss an agreed plan for notifying the Court in light of pretrial which is scheduled for tomorrow.

Kind regards,
Drew

*In order to ensure the safety of our team and their families, several of our offices continue to work remotely and/or staggered shifts. Please allow our office additional time to respond to emails and calls during this time.*
*Thank you in advance for your patience and understanding.*



Website | Property Blog | Condo Blog

Connect with us: 

J. Drew Houghton
Attorney
Merlin Law Group
One Leadership Square
211 N. Robinson Ave., Suite 210
Oklahoma City, OK 73102
Tel:  (405) 218-1105
Fax: (405) 218-1106

Privilege and Confidentiality Notice:
The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.

**From:** Ellen Ward <eward@gablelaw.com>
**Sent:** Wednesday, September 28, 2022 3:15 PM
**To:** J. Drew Houghton <DHoughton@merlinlawgroup.com>; Micah B. Cartwright <MCartwright@merlinlawgroup.com>
**Cc:** Jennifer Annis <jannis@gablelaw.com>; Lacy Pulliam <lpulliam@gablelaw.com>; Robert J. Carlson <rcarlson@gablelaw.com>
**Subject:** Wilson v. State Farm Fire and Casualty Company

Counsel, please find attached Defendant State Farm Fire and Casualty Company's Offer to Allow Judgment with regard to the above referenced matter. A hard copy will be placed in today's mail. Should you have any questions or concerns, please contact Jennifer Annis or Lacy Pulliam.

Thanks,
ellen



**Ellen Ward** | Legal Assistant | **GableGotwals**
(w) 918-595-4968 | (f) 918-595-4990 | eward@gablelaw.com
110 N. Elgin Ave., Ste. 200
Tulsa, OK  74120-1495 | USA | www.gablelaw.com |

This message and any attachments are for the addressee only and may contain privileged or confidential information. If you have received this in error, please notify me immediately and permanently delete the message and any prints or other copies.