**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| L. DUANE WILSON and HELEN L. WILSON, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) Case No. 4:21-cv-00062-CVE-SH ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF ACCEPTANCE OF DEFENDANT'S OFFER TO ALLOW JUDGMENT**

COME NOW the Plaintiffs, L. DUANE WILSON and HELEN L. WILSON, husband and wife, by and through their counsel of record, and hereby give notice to the Court and to Defendant that Plaintiff's Notice of Acceptance of Defendant's Offer to Allow Judgment [Doc. 78] filed on October 4, 2022, is withdrawn for the following reasons:

1. The parties reached a confidential settlement of all claims, which will fully and completely resolve this pending matter.

2. Plaintiffs filed a Notice of Confidential Settlement on October 7, 2022 [Doc. 81].

3. Plaintiff's Notice of Acceptance of Defendant's Offer to Allow Judgment [Doc. 78] is withdrawn solely for the purpose of making the record clear the parties reached a confidential settlement after October 4, 2022, and that a Stipulation of Dismissal with Prejudice will be filed within 30 days.

        Respectfully submitted,

        */s/ Micah B. Cartwright*
        J. Drew Houghton, OBA #18080
        Micah B. Cartwright, OBA #32745
        **MERLIN LAW GROUP, P.A.**
        One Leadership Square
        211 N. Robinson Ave., Suite 210
        Oklahoma City, OK 73102
        Telephone: (405) 218-1105
        Facsimile: (405) 218-1106
        Email: dhoughton@merlinlawgroup.com
        Email: mcartwright@merlinlawgroup.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert J. Carlson
Jennifer Annis
Lacy Pulliam
GABLEGOTWALS
rcarlson@gablelaw.com
jannis@gablelaw.com
lpulliam@gablelaw.com
*Attorneys for Defendant*

        */s/ Micah B. Cartwright*
        Micah B. Cartwright