# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| L. DUANE WILSON and HELEN L. WILSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 4:21-cv-00062-CVE-SH<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, L. Duane Wilson and Helen L. Wilson, and Defendant, State Farm Fire and Casualty Company, through the undersigned counsel, hereby stipulate and agree that this matter has been amicably resolved through a confidential settlement, and the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Micah B. Cartwright*
J. Drew Houghton, OBA #18080
Micah B. Cartwright, OBA #32745
**MERLIN LAW GROUP, P.A.**
One Leadership Square
211 N. Robinson Ave., Suite 210
Oklahoma City, OK 73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
Email: dhoughton@merlinlawgroup.com
Email: mcartwright@merlinlawgroup.com
*Attorneys for Plaintiffs*

and

/s/ Lacy Pulliam
Jennifer R. Annis, OBA #17741
Robert J. Carlson, OBA #19312
Lacy Pulliam, OBA #34004
**GABLEGOTWALS**
110 N. Elgin Ave., Ste. 200
Tulsa, OK 74120-1495
(918) 595-4800
(918) 595-4990 (fax)
Email: rcarlson@gablelaw.com
Email: jannis@gablelaw.com
Email: lpulliam@gablelaw.com
*Attorneys for Defendant*